IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01791-PAB-KLM

REALITY TECHNOLOGY, INC., a Colorado Corporation,

    Plaintiff,

v.

COUNTERTRADE PRODUCTS, INC., a Colorado Corporation,
JOE CALABRIA , an individual,
JOE BOGLINO, an individual,
SHARON NORWELL, an individual, and
RODNEY ANDERSON, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' motion to stay [Docket No. 23]. Defendants filed their motion to stay without conferring with plaintiff as required by D.C.COLO.LCivR 7.1A.  Local Rule 7.1A instructs the Court not to consider any motion filed without such conferral.  Accordingly, it is
    **ORDERED** that defendants' Motion to Stay Pending Outcome of State Proceedings [Docket No. 23] is **DENIED**.

    DATED May 25, 2011.