IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01791-RBJ-KLM

REALITY TECHNOLOGY, INC., a Colorado corporation,

    Plaintiff,

v.

COUNTERTRADE PRODUCTS, INC., a Colorado corporation,
JOE CALABRIA, an individual,
JOE BOGLINO, an individual, and
SHARON NORWELL, an individual,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Horace A. Lowe's Motion to Withdraw as Counsel for Plaintiff** [Docket No. 79; Filed November 2, 2011] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., and is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Lowe is relieved of any further representation of Plaintiff in this case. The Clerk of the Court is instructed to terminate Attorney Lowe as counsel of record, and to remove his name from the electronic certificate of mailing.

    The Court notes that M. Gabriel McFarland entered his appearance on behalf of Plaintiff on November 2, 2011 [#80], and remains as counsel of record.

    Dated: November 4, 2011