IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01791-RBJ-KLM

REALITY TECHNOLOGY, INC., a Colorado corporation,

    Plaintiff,

v.

COUNTERTRADE PRODUCTS, INC., a Colorado corporation,
JOE CALABRIA, an individual,
JOE BOGLINO, an individual, and
SHARON NORWELL, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [Docket No. 83; Filed December 30, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered June 28, 2011 [#66] is modified as follows:

- Affirmative Expert Designations/Disclosures      **February 17, 2012**
- Rebuttal Expert Designations/Disclosures         **March 20, 2012**
- Fact and Expert Discovery                        **April 20, 2012**

All other dates and deadlines remain the same.

Dated:  January 5, 2012