UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01791-RBJ-KLM

REALITY TECHNOLOGY, INC., a Colorado Corporation,

    Plaintiff,

v.

COUNTERTRADE PRODUCTS, INC., a Colorado Corporation,
JOE CALABRIA, an individual,
JOE BOGLINO, an individual, and
SHARON NORWELL, an individual,

    Defendants,

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulated Motion for Dismissal With Prejudice, the Court's file, and otherwise being fully advised in the matter,

HEREBY GRANTS the Stipulation and dismisses this case with prejudice, each party to bear their own cost and attorneys' fees.

DATED this 19th day of June, 2012

                BY THE COURT:

                */s/ Brooke Jackson*

                R. Brooke Jackson
                United States District Court Judge